# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT KANE, et al.,

        Defendant.

2:13-cr-00250-JAD-VCF

**MINUTE ORDER**

Before the Court are the Joinders in the Motion to Dismiss of Steven Carr (#'s 61, 62, 64, 72).

On October 28, 2013, the Court entered an Order denying Defendant's Motion to Dismiss the Government's Indictment for Lack of Jurisdiction. (#82).

Accordingly,

IT IS HEREBY ORDERED that the Joinders in the Motion to Dismiss of Steven Carr (#'s 61, 62, 64, 72) are DENIED.

DATED this 29th day of October, 2013.

                                                       CAM FERENBACH
                                                     UNITED STATES MAGISTRATE JUDGE